**United States Bankruptcy Court**
**District of Colorado, Denver Division**

**IN RE:** Case No. ____________

**Global NV Corp** Chapter **11**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **March 23, 2021** Signature: ***/s/ Brad J. Wyatt***
**Brad J. Wyatt, CEO** Debtor

Date: ____________ Signature: ____________
Joint Debtor, if any

Software Copyright (c) 2021 CINGroup - www.cincompass.com

ACM Management
220 - 333 Terminal Ave
Vancouver, BC V6A U-C1

Advantage Label
220-333 Terminal Ave
Vancouver, BC V64 4-C1

Alan E. Karsh, Esq
KARSH GABLER CALL PC
1546 Cole Blvd Bldg 5
Golden, CO 80401-3406

Alinga Capital Fund LP
7460 Girard Ave Ste 3
La Jolla, CA 92037-5153

Ambary Gardens
15000 W 6th Ave Frontage Rd # 104
Golden, CO 80401

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express CC
PO Box 650448
Dallas, TX 75265-0448

Amino Transport
PO Box 54220
Hurst, TX 76054-4220

Barish, Michael S
200 Columbine St Ste 800
Denver, CO 80206-4734

Bathgate, Margaret M
6376 E Tufts Ave
Englewood, CO 80111-1163

Baum, Eric
215 N Pine St
Charlotte, NC 28202-2080

Berreckman, Claude E Jr
1604 Avenue B
Cozad, NE 69130-1600

Bisping, Jim
10563 Serengeti Dr
Lone Tree, CO 80124-9521

Blue Grace
Dept 108
PO Box 4694
Houston, TX 77210-4694

Brent, Bradley and Harsin, Regan A
3920 S Birch St
Englewood, CO  80113-5032

Bruno, Joseph F
4717 W 105th Way
Westminster, CO  80031-1970

Burmeister, Todd
10661 Weathersfield Ct
Highlands Ranch, CO  80129-1846

C J Walter Properties
2696 S Colorado Blvd Ste 320
Denver, CO  80222-5938

Canadian Securities Exchange
100 King St W #7210
Toronto, ON  M5X 1-E1

Capital Transfer Agency
390 Bay St 920
Toronto, ON  45H 2-Y2

Carebourn Capital
8700 Blackoaks Ln N
Maple Grove, MN  55311-1471

Casey, John and Power, Paula Ray
PO Box 114
The Sea Ranch, CA 95497-0114

Cat's Paw Trust
5747 E Caballo Dr
Paradise Valley, AZ 85253-8109

Cerny, Rodney D
1605 N 141st Ave
Omaha, NE 68154-3861

Clifford L. Nuewman PC
6800 N 79th St Ste 200
Niwot, CO 80503-8978

Columbia Pacific Finance
PO Box 80506
City of Industry, CA 91716-8405

Deakins, William B
144 Washington Ave
Dobbs Ferry, NY 10522-1214

Digital Warlock
43 Rainey St
Austin, TX 78701-4426

DMCL
1500 1140 West Pender St
Vancouver, BC V6E 4-G1

Donnelly, Michael E
3920 S Birch St
Englewood, CO 80113-5032

Five Points Capital Mgmt LLC
3419 Via Lido Unit 296
Newport Beach, CA 92663-3908

Fortune Seekers Inc
14 Red Tail Dr
Littleton, CO 80126-5001

Fox, Andrew
1 Overhill Ln
New City, NY 10956-2211

Galakatos Living Trust
7640 Mills Rd
Monterey, CA 93940-7314

Geving, Michael R and Heidi J
4384 Cameo Ln
Castle Rock, CO 80104-9670

Gibbs, John D.
807 Wood N Creek Rd
Ardmore, OK  73401-2941

Highlands Global & Capital LLC
9227 E Lincoln Ave # 200-408
Lone Tree, CO  80124-5506

Hinn, Charles J and Janet I
122 N Main St
Gordon, NE  69343-1524

Hirsch, Richard and Sandra
14550 Akron St
Brighton, CO  80602-5710

Huebner, Samuel W
11417 Clove Way
Parker, CO  80134-8807

Jue, Carol Jung
10022 Highcliff Dr
Santa Ana, CA  92705-7505

Kelp, Kirk
1637 FM 294
White Deer, TX  79097

Kerr, David A
25510 McDonald Rd
Spring, TX 77380-2314

Kerstien, Thomas L
248 Emerald Ct
Castle Rock, CO 80104-2708

Krull, Chad
1111 S Steele St
Denver, CO 80210-2035

Kucera, John D
6178 S Alton Way
Englewood, CO 80111-5234

Lampert, Darren
24 Orchard Dr
Armonk, NY 10504-1437

Lampert, Irwin
15775 Loch Maree Ln Apt 5002
Delray Beach, FL 33446-3231

Linehan, Robert P and Lori D
2631 E Arabian Dr
Gilbert, AZ 85296-8925

Lund, Kent J and Elizabeth A JTWROS
203 S Pontiac St
Denver, CO 80230-6954

Lyk Welby LLC
Attn Jeffrey Lum
80 N King St
Honolulu, HI 96817-5109

Ma, Baolin & Mao, Cindy Xin
10 Burwick St
Sugar Land, TX 77479-2996

Mallorey, James D
6563 S Saulsbury Ct
Littleton, CO 80123-3614

McConahey, Stephen G
1050 Green Oaks Dr
Greenwood Village, CO 80121-1325

McMahon, Brian
PO Box 2431
Grand Island, NE 68802-2431

Miller, Joshua R
1860 N Washington St Apt 202
Denver, CO 80203-5515

Moreland, William D.
1655 E Layton Dr
Englewood, CO 80113-7000

Morgan, David R.
PO Box 664
Liberty Lake, WA 99019-0664

MWW Group
Attn Steve Pareja
PO Box 69076
Baltimore, MD 21264-9076

Nesland, Brett
13835 N Tatum Blvd # 9-438
Phoenix, AZ 85032-5581

Niagara Label
12715 Lewis Rd
Akron, NY 14001-9668

Nieder, Robert M
8 Glenmoor Dr
Englewood, CO 80113-7115

Owens, Michael B
12853 S Robinson Ranch Dr
Parker, CO 80134-5976

Palo, Angela M
14 Red Tail Dr
Littleton, CO 80126-5001

Patel, Rajnikant N.
462 Camino Elevado
Bonita, CA 91902-2552

Petersen, Shane and Katherine
4815 Caravelle Dr
Fort Collins, CO 80526-3855

Peterson, Jerry W
58 Golden Eagle Rd
Littleton, CO 80121-2125

Ploen, Jeff P and Rex H
6222 S Blackhawk Ct
Englewood, CO 80111-6072

Pudelko, Kathy
8926 Coachman Ave
Whittier, CA 90605-2206

Quilkey, Paul
6291 Camino de la Costa
La Jolla, CA 92037-6524

RDA Realty LLC
1947 E Marilyn Rd
Phoenix, AZ 85022-3943

Real Trust IRA Alternatives LLC fbo Ron
312 E Trow Ave Ste 201
Chelan, WA 98816-9641

Robert & Cecilia Burrell Trust
2306 S Columbine St
Denver, CO 80210-5422

Rove Group LLC
17595 Harvard Ave # C552
Irvine, CA 92614-8516

Ryder
6000 Windward Pkwy
Alpharetta, GA 30005-4181

Sabetta, Richard R
423 10th Ave
Scranton, PA 18504-2873

Safer CBD
4900 E Pacific Pl
Denver, CO 80222-4823

Salaman, Michael
1220 Waterford Ct
Gladwyne, PA 19035-1010

Schmidt, Kennith W.
16489 E Berry Ave
Aurora, CO 80015-4051

Scott T & Sara J Hope Trust
3287 Greensborough Dr
Littleton, CO 80129-1547

Severance, H Leigh
14282 E Caley Ave
Aurora, CO 80016-1090

Shields, Kevin
609 Darlington Rd
Media, PA 19063-5605

Smith, Thomas H and Joy D
2442 E Glass Ln
Phoenix, AZ 85042-5950

Stangle, Don
1911 SW Campus Dr # 285
Federal Way, WA 98023-6473

Staples Terry Alva
6705 Dorado Pl
Englewood, CO 80111-1766

TargetPath
9375 SW Commerce Cir # 7
Wilsonville, OR 97070-9694

Tingle Merret
639 5th Ave S 1250
Calgary, AB T2P 0-M9

Ultimate Investment Corp
1198 Finn Ave
Littleton, CO 80124-9503

United States Plastic Corporation
1390 Neubrecht Rd
Lima, OH 45801-3120

Van Maanen, Andrew
12270 N 6th St
Parker, CO 80134-9648

Van Wagner Family Partnership
9405 Kilmer Way
Arvada, CO 80007-7883

Weisenberger, Klaus
4849 Proctor Ave
Oakland, CA 94618-2542

Wolf, Thomas D.
5751 E Nassau Pl
Englewood, CO 80111-1021

Zappa, Robert J
11601 E Cortez Dr
Scottsdale, AZ 85259-2602

**Fill in this information to identify the case:**

Debtor name **Global NV Corp**

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known) ____________________

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2021** to **Filing Date** | ■ Operating a business ☐ Other | **$12,240.71** |
| **For prior year:** From **1/01/2020** to **12/31/2020** | ■ Operating a business ☐ Other | **$457,196.54** |
| **For year before that:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other | **$923,512.03** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be



Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number *(if known)*

adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Lyk Welby LLC v. Global NV Corp**<br>**2020 CV 30335** | **Landlord/Tenant collection suit** | **Adams County District Court**<br>**1100 Judicial Center Dr**<br>**Brighton, CO 80601-8873** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None



Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jon B. Clarke, P.C.**<br>**18 S Wilcox St Ste 200**<br>**Castle Rock, CO 80104-1968** | **$10,000.00**<br>**$15,000.00** | **2/23/2021**<br>**3/22/2021** | **$25,000.00** |

**Email or website address**
**jclarke@clarkepclaw.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2300 W 76th Ave Ste 300**<br>**Denver, CO 80221-3319** | **January 2019 - December 2019** |

**Part 8: Health Care Bankruptcies**



Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number *(if known)*

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None



Software Copyright (c) 2021 CINGroup - www.cincompass.com

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|---|
| 25.1. | **Strasburg Pharms LLC<br>225 Union Blvd Ste 250<br>Denver, CO 80228-1574** | **Hemp grower and end product manufacturer** | EIN: **47-1903107**<br>From-To **2005 to present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Geoffrey Goudy, CPA<br>139 N Meldrum St<br>Fort Collins, CO 80521-2653** | **2018 to date** |



Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number *(if known)*

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **ACM Managemen**<br>**220 - 333 Terminal Ave**<br>**Vancouver, BC V6A U-C1** | **(Attn: Alex McCauley)**<br>**604-674-1049**<br>**(DMCL Accountants**<br>**604-687-4747** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Debtor** | **All above and Debtor** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **CBD Global Sciences, Inc.** | **225 Union Blvd Ste 250**<br>**Lakewood, CO 80228-1574** | **Brad Wyatt, President and CEO** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.



Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Brad J. Wyatt** | **$300,000.00** | **March 2020 - March 2021** | **CEO/President salary** |
| | **Relationship to debtor** **CEO/President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 23, 2021**

**/s/ Brad J. Wyatt**
Signature of individual signing on behalf of the debtor

**Brad J. Wyatt**
Printed name

Position or relationship to debtor **CEO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes



Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO, DENVER DIVISION

Case number *(if known)* ______________ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/20**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Global NV Corp** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-5284859** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**225 Union Blvd**<br>**Ste 250**<br>**Lakewood, CO 80228-1574**<br>Number, Street, City, State & ZIP Code<br>**Jefferson**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **a FAQ is under construction at time of filing** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Global NV Corp** Case number (*if known*) ____________
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ____________ When ____________ Case number ____________
District ____________ When ____________ Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

Debtor **Strasburg Pharms, LLC** Relationship **wholly-ownd subsdiary**
District **USBC Colorado** When ____________ Case number, if known **21-**__________

Debtor **Global NV Corp** Case number (*if known*)
Name

**11. Why is the case filed in** *this district?*

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency
  Contact name
  Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Global NV Corp**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 23, 2021**
MM / DD / YYYY

X **/s/ Brad J. Wyatt**
Signature of authorized representative of debtor

**Brad J. Wyatt**
Printed name

Title **CEO**

**18. Signature of attorney**

X **/s/ Jon B. Clarke**
Signature of attorney for debtor

Date **March 23, 2021**
MM / DD / YYYY

**Jon B. Clarke**
Printed name

**Jon B. Clarke, P.C.**
Firm name

**18 S Wilcox St Ste 200**
**Castle Rock, CO 80104-1968**
Number, Street, City, State & ZIP Code

Contact phone **(303) 779-0600** Email address **jclarke@clarkepclaw.com**

**00535 CO**
Bar number and State

# Global NV Corp

## Balance Sheet

As of December 31, 2020

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| 1000 MVBofC Operating Account | -2,190.07 |
| 1010 MVBofC Money Market | 0.00 |
| 1050 ESCROW Global NV Corp | 100.00 |
| 1070 Shopify Holding | 0.00 |
| 1090 Credit Card Clearing | 0.00 |
| 1091 Intercompany Clearing | 0.00 |
| 1092 Payment clearing | 0.00 |
| **Total Bank Accounts** | **$ -2,090.07** |
| Accounts Receivable | |
| 1200 Accounts Receivable (A/R) | 275,093.42 |
| 1205 Allowance for Doubtful Accounts | -37,162.35 |
| **Total Accounts Receivable** | **$237,931.07** |
| Other Current Assets | |
| 1080 Undeposited Funds | 20,320.36 |
| 1300 FG Inventory | 117,417.54 |
| 1310 Raw Inventory | 747,058.14 |
| 1500 Prepaid Expenses | 810.79 |
| 1700 Due from Strasburg Pharms | 1,713,272.46 |
| 1710 Due from MAC5 | -100.00 |
| 1720 Due from CannaOil | -20.00 |
| 1730 Due from Global Sciences | -20.00 |
| Inventory Asset | 0.00 |
| **Total Other Current Assets** | **$2,598,739.29** |
| **Total Current Assets** | **$2,834,580.29** |

# Global NV Corp

## Balance Sheet

As of December 31, 2020

| | TOTAL |
|---|---|
| Fixed Assets | |
| 1630 Machinery & Equipment | 152,424.50 |
| 1635 Accumulated Amortization - Machinery | -48,775.86 |
| 1650 Leasehold Improvements | 15,627.67 |
| 1655 Accumulated Amortization - Leasehold improvements | -4,869.00 |
| 1670 Lease asset | 0.00 |
| 1675 Lease Asset accumulated depreciation | 0.00 |
| **Total Fixed Assets** | **$114,407.31** |
| Other Assets | |
| 1805 Investment in CannaOil | 20.00 |
| 1807 Investment in Global Sciences LLC | 20.00 |
| 1809 Investment in SMBT | 20.00 |
| Deferred Financing Fees | 98,588.75 |
| **Total Other Assets** | **$98,648.75** |
| **TOTAL ASSETS** | **$3,047,636.35** |

# Global NV Corp

## Balance Sheet

As of December 31, 2020

| | TOTAL |
|---|---|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 Accounts Payable (A/P) | 296,015.22 |
| Accounts Payable (A/P) - CAD | 46,525.60 |
| **Total Accounts Payable** | **$342,540.82** |
| Credit Cards | |
| 1060 American Express 91000 | 35,767.02 |
| 1065 American Express 31007 | 9,082.16 |
| **Total Credit Cards** | **$44,849.18** |
| Other Current Liabilities | |
| 2010 Payroll Clearing | -66,721.09 |
| 2050 Customer Deposits | 0.00 |
| 2100 Accrued Payables | 0.00 |
| 2110 Accrued Liabilities | 588,539.74 |
| 2115 Accrued Interest | 13,187.94 |
| 2120 Accrued interest - Convertible debt | 0.00 |
| 2200 Sales Tax Payable - CO | 0.00 |
| 2205 Payroll Tax Payable | 35,784.27 |
| 2400 Derivative Liability | 0.00 |
| 2600 Lease liability | 0.00 |
| Colorado Department of Revenue Payable | 891.56 |
| Colorado, Lakewood Payable | 3.87 |
| Federal Income Tax Payable | 0.00 |
| Loan Payable | 1,524.53 |
| Loan Payable- discount | 0.00 |
| Out Of Scope Agency Payable | 23.10 |
| PPP loan | 135,095.00 |
| Promissory Note Payable - Targetpath | 33,736.32 |
| **Total Other Current Liabilities** | **$742,065.24** |
| **Total Current Liabilities** | **$1,129,455.24** |

# Global NV Corp

## Balance Sheet

As of December 31, 2020

| | TOTAL |
|---|---|
| Long-Term Liabilities | |
| 2300 Convertible Debt - Tranche 1 | 0.00 |
| 2301 Convertible Debt - Tranche 2 | 0.00 |
| 2310 Convertible Debt - Tranche 1 discount | 0.00 |
| 2311 Convertible Debt - Tranche 2 discount | 0.00 |
| 2500 Due to Strasburg Pharms | 1,429,910.64 |
| 2510 Due to MAC5 | 761,422.30 |
| 2511 Due to Mac5 - Discount | -157,730.53 |
| 2520 Due to/from CannaOil | -527,000.00 |
| 2540 Due to/from Global Sciences | -175,000.00 |
| 2550 Due to/from SMBT | 6,012.25 |
| 2560 Due to CBD Global | 4,386,466.22 |
| **Total Long-Term Liabilities** | **$5,724,080.88** |
| **Total Liabilities** | **$6,853,536.12** |
| Equity | |
| 3100 Capital Stock | 4,744,510.07 |
| 3115 Subscriptions Receivable | 0.00 |
| 3200 Paid in Capital - GVC | 0.00 |
| 3300 Contributed Surplus | 2,080,150.04 |
| 3400 Equity Component of Convertible Debt | 258,042.58 |
| 3500 Retained Earnings | -9,828,134.76 |
| Opening Balance Equity | 0.00 |
| Net Income | -1,060,467.70 |
| **Total Equity** | **$ -3,805,899.77** |
| **TOTAL LIABILITIES AND EQUITY** | **$3,047,636.35** |

# Global NV Corp

## Profit and Loss

January - December 2020

| | TOTAL |
|---|---|
| Income | |
| 4000 Revenue - Product | 18,492.27 |
| 4010 Product Revenue - Topical | 7,613.65 |
| 4020 Product Revenue - Tincture | 21,110.00 |
| 4040 Product Revenue - Hydration | 208,400.00 |
| **Total 4000 Revenue - Product** | **255,615.92** |
| 4200 Revenue - Freight | 231.35 |
| Sales of Product Income | 201,349.27 |
| **Total Income** | **$457,196.54** |
| Cost of Goods Sold | |
| 5000 Cost of Goods Sold - FG Material | 21,832.32 |
| 5100 OCOGS | |
| 5120 Freight Out | 4,847.87 |
| 5130 Freight in | 350.96 |
| 5160 Supplies & packaging | 9,232.02 |
| 5170 Product NRE / Tooling | 20,763.41 |
| 5200 Operations | |
| 5310 Operations - Contract Services | 5,500.00 |
| **Total 5200 Operations** | **5,500.00** |
| **Total 5100 OCOGS** | **40,694.26** |
| Cost of Goods Sold | 0.00 |
| **Total Cost of Goods Sold** | **$62,526.58** |
| GROSS PROFIT | **$394,669.96** |
| Expenses | |
| 6000 Sales Expenses | |
| 6100 Sales - Salaries | 235,452.86 |
| 6110 Sales - Contract Services | 5,628.43 |
| 6400 Sales - Meals & Entertainment | 176.96 |
| **Total 6000 Sales Expenses** | **241,258.25** |
| 6050 Employee Reimbursement | 1,765.69 |
| 6500 Marketing | 126.00 |
| 6520 Marketing - Contract Services | 97,184.35 |
| 6540 Marketing - Media & Advertising | 5,459.43 |
| 6550 Marketing - Web Design | 6,918.45 |
| 6610 Marketing - Travel | 269.56 |
| **Total 6500 Marketing** | **109,957.79** |

# Global NV Corp

## Profit and Loss

January - December 2020

| | TOTAL |
|---|---|
| 7000 G&A | |
| 7010 G&A - Salaries | 427,425.59 |
| 7020 G&A - Contract Services | 38,075.72 |
| 7040 G&A - Financing Fees | 43,038.44 |
| 7045 G&A - Investor Relations | 986.30 |
| 7050 G&A - Payroll Taxes | 106,285.71 |
| 7110 G&A - Software | 19,693.18 |
| 7120 G&A - Expensed Equipment | 1,916.50 |
| 7190 G&A - Office Expenses | 6,072.17 |
| 7300 G&A - Rent Expense | 28,668.52 |
| 7350 G&A - Insurance | 21,333.35 |
| 7400 G&A - Legal & Professional Services | 88,764.17 |
| 7600 G&A - Bank Charges | 2,726.06 |
| 7650 G&A - Interest Expense | 48,012.61 |
| 7700 G&A - Meals & Entertainment | 6,816.46 |
| 7750 G&A - Travel | 14,362.83 |
| 7900 G&A - Depreciation Expense | 46,060.71 |
| **Total 7000 G&A** | **900,238.32** |
| 7015 Medical & Benefits expense | 45,276.74 |
| 8000 R&D Expenses | |
| 8110 R&D - Contract Services | 29,250.00 |
| 8210 R&D - Meals & Entertainment | 946.40 |
| 8220 R&D - Travel | 744.06 |
| 8300 R&D - Samples | 3,592.81 |
| 8900 R&D - Other | 800.00 |
| **Total 8000 R&D Expenses** | **35,333.27** |
| 8400 Plant Testing | 5,277.01 |
| Fuel,gasoline | 894.72 |
| Lawn/Growing Supplies | 1,399.11 |
| Purchases | 84,502.50 |
| Supplies & packagings | 19,643.83 |
| **Total Expenses** | **$1,445,547.23** |
| NET OPERATING INCOME | **$ -1,050,877.27** |
| Other Income | |
| 9100 Interest Income | 582.72 |
| **Total Other Income** | **$582.72** |
| Other Expenses | |
| Unrealized Gain or Loss | -147.91 |
| 9200 Interest expense | 19,696.64 |
| 9300 Accretion expense | 9,250.45 |
| Exchange Gain or Loss | 21.56 |

# Global NV Corp

## Profit and Loss

January - December 2020

| | TOTAL |
|---|---|
| Gain/Loss on lease extinguishment | -39,990.50 |
| Other Miscellaneous Expense | 21,342.92 |
| **Total Other Expenses** | **$10,173.15** |
| NET OTHER INCOME | **$ -9,590.43** |
| NET INCOME | **$ -1,060,467.70** |

VOLUNTARY PETITION 11 U.S.C. §1116(1)(B) STATEMENT

QUESTION #8: FEDERAL INCOME TAX RETURNS

2019 AND 2020 FEDERAL INCOME TAX RETURNS HAVE NOT BEEN FILED (NO PROFIT)

THIS STATEMENT MADE UNDER PENALTY OF PERJURY.

**Fill in this information to identify the case:**

Debtor name **Global NV Corp**

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 23, 2021**

X **/s/ Brad J. Wyatt**
Signature of individual signing on behalf of debtor

**Brad J. Wyatt**
Printed name

**CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Global NV Corp**

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Mountain View Bank of Commerce** | **Operating Checking** | **7109** | **$1,211.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$1,211.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **24,000.00** | - | **0.00** | = .... | **$24,000.00** |



Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number *(If known)*
Name

12. **Total of Part 3.** **$24,000.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No. Go to Part 6.
- ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | Biomass and Distillate | 9/30/2020 | $1,404,314.00 | Cost Value 2018 | $1,404,314.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | Aethics/Cannail Retail Products | 12/31/2020 | $28,848.00 | Book Value | $28,848.00 |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.** **$1,433,162.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.


Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number *(If known)* ____
Name

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| | Immature brand - trademarks | unknown | | unknown |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.



Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$1,211.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$24,000.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$1,433,162.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.........................................................................................> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$1,458,373.00** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$1,458,373.00** |



Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Global NV Corp**

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known) ____________________

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

| | |
|---|---|
| 2.1 | **Carebourn Capital** |

Creditor's Name

**8700 Blackoaks Ln N**
**Maple Grove, MN**
**55311-1471**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2019 - 2021**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Biomass and Distillate**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$94,448.00**

Column B: **$1,404,314.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$94,448.00**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|



Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Global NV Corp**

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known) ____________________

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| 3.1 | **ACM Management**<br>**220 - 333 Terminal Ave**<br>**Vancouver, BC V6A U-C1**<br>**Date(s) debt was incurred** 2019 - 2021<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$54,075.00** |
| 3.2 | **Advantage Label**<br>**220-333 Terminal Ave**<br>**Vancouver, BC V64 4-C1**<br>**Date(s) debt was incurred** 2019 - 2021<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,113.00** |
| 3.3 | **Alinga Capital Fund LP**<br>**7460 Girard Ave Ste 3**<br>**La Jolla, CA 92037-5153**<br>**Date(s) debt was incurred** 2019 - 2020<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$67,906.00** |
| 3.4 | **Ambary Gardens**<br>**15000 W 6th Ave Frontage Rd # 104**<br>**Golden, CO 80401**<br>**Date(s) debt was incurred** 2019 - 2021<br>**Last 4 digits of account number** 1036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,417.00** |



Software Copyright (c) 2021 CINGroup - www.cincompass.com G26753

Debtor **Global NV Corp** Case number (if known)
Name

**3.5** **Nonpriority creditor's name and mailing address**
**American Express**

**PO Box 981535**
**El Paso, TX 79998-1535**

**Date(s) debt was incurred** 2019 - 2021
**Last 4 digits of account number** 1003

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,294.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**American Express CC**

**PO Box 650448**
**Dallas, TX 75265-0448**

**Date(s) debt was incurred** 2019 - 2021
**Last 4 digits of account number** 1006

**As of the petition filing date, the claim is:** *Check all that apply.* **$48,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**Amino Transport**

**PO Box 54220**
**Hurst, TX 76054-4220**

**Date(s) debt was incurred** 2019 - 2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**
**Barish, Michael S**

**200 Columbine St Ste 800**
**Denver, CO 80206-4734**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$135,813.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
**Bathgate, Margaret M**

**6376 E Tufts Ave**
**Englewood, CO 80111-1163**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,906.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
**Baum, Eric**

**215 N Pine St**
**Charlotte, NC 28202-2080**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$74,697.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
**Berreckman, Claude E Jr**

**1604 Avenue B**
**Cozad, NE 69130-1600**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,953.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number (if known)
Name

**3.12** **Nonpriority creditor's name and mailing address**
**Bisping, Jim**

**10563 Serengeti Dr**
**Lone Tree, CO 80124-9521**
**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,372.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
**Blue Grace**
**Dept 108**
**PO Box 4694**
**Houston, TX 77210-4694**
**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,177.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**
**Brent, Bradley and Harsin, Regan A**

**3920 S Birch St**
**Englewood, CO 80113-5032**
**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,581.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**
**Bruno, Joseph F**

**4717 W 105th Way**
**Westminster, CO 80031-1970**
**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,372.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**
**Burmeister, Todd**

**10661 Weathersfield Ct**
**Highlands Ranch, CO 80129-1846**
**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,372.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** **Nonpriority creditor's name and mailing address**
**C J Walter Properties**

**2696 S Colorado Blvd Ste 320**
**Denver, CO 80222-5938**
**Date(s) debt was incurred** 2019 - 2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**
**Canadian Securities Exchange**

**100 King St W #7210**
**Toronto, ON M5X 1-E1**
**Date(s) debt was incurred** 2019 - 2021
**Last 4 digits of account number** 3002

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,637.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number (if known)
Name

3.19 **Nonpriority creditor's name and mailing address**
**Capital Transfer Agency**

**390 Bay St 920**
**Toronto, ON 45H 2-Y2**

**Date(s) debt was incurred** 2019 - 2021
**Last 4 digits of account number** 4018

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,555.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
**Casey, John and Power, Paula Ray**

**PO Box 114**
**The Sea Ranch, CA 95497-0114**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,953.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
**Cat's Paw Trust**

**5747 E Caballo Dr**
**Paradise Valley, AZ 85253-8109**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,906.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
**Cerny, Rodney D**

**1605 N 141st Ave**
**Omaha, NE 68154-3861**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$47,534.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
**Clifford L. Nuewman PC**

**6800 N 79th St Ste 200**
**Niwot, CO 80503-8978**

**Date(s) debt was incurred** 2019 - 2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,389.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
**Columbia Pacific Finance**

**PO Box 80506**
**City of Industry, CA 91716-8405**

**Date(s) debt was incurred** 2019 - 2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
**Deakins, William B**

**144 Washington Ave**
**Dobbs Ferry, NY 10522-1214**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,906.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number (if known)
Name

**3.26** **Nonpriority creditor's name and mailing address**
**Digital Warlock**

**43 Rainey St**
**Austin, TX 78701-4426**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**
**DMCL**

**1500 1140 West Pender St**
**Vancouver, BC V6E 4-G1**

**Date(s) debt was incurred** **2019 - 2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$51,152.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**
**Donnelly, Michael E**

**3920 S Birch St**
**Englewood, CO 80113-5032**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$29,476.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**
**Five Points Capital Mgmt LLC**

**3419 Via Lido Unit 296**
**Newport Beach, CA 92663-3908**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,906.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**
**Fortune Seekers Inc**

**14 Red Tail Dr**
**Littleton, CO 80126-5001**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$57,047.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**
**Fox, Andrew**

**1 Overhill Ln**
**New City, NY 10956-2211**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,906.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** **Nonpriority creditor's name and mailing address**
**Galakatos Living Trust**

**7640 Mills Rd**
**Monterey, CA 93940-7314**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,906.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---



Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number (if known) ____________
Name

**3.33** **Nonpriority creditor's name and mailing address**
**Geving, Michael R and Heidi J**

**4384 Cameo Ln**
**Castle Rock, CO 80104-9670**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,953.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**
**Gibbs, John D.**

**807 Wood N Creek Rd**
**Ardmore, OK 73401-2941**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$108,650.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**
**Highlands Global & Capital LLC**

**9227 E Lincoln Ave # 200-408**
**Lone Tree, CO 80124-5506**

**Date(s) debt was incurred** **2020 - 2021**

**Last 4 digits of account number** **3**

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,295.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**
**Hinn, Charles J and Janet I**

**122 N Main St**
**Gordon, NE 69343-1524**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,581.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** **Nonpriority creditor's name and mailing address**
**Hirsch, Richard and Sandra**

**14550 Akron St**
**Brighton, CO 80602-5710**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,163.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**
**Huebner, Samuel W**

**11417 Clove Way**
**Parker, CO 80134-8807**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,581.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**
**Jue, Carol Jung**

**10022 Highcliff Dr**
**Santa Ana, CA 92705-7505**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,581.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---



Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number (if known)
Name

**3.40** **Nonpriority creditor's name and mailing address**
**Kelp, Kirk**

**1637 FM 294**
**White Deer, TX 79097**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,372.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**
**Kerr, David A**

**25510 McDonald Rd**
**Spring, TX 77380-2314**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,906.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** **Nonpriority creditor's name and mailing address**
**Kerstien, Thomas L**

**248 Emerald Ct**
**Castle Rock, CO 80104-2708**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,953.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**
**Krull, Chad**

**1111 S Steele St**
**Denver, CO 80210-2035**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,953.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**
**Kucera, John D**

**6178 S Alton Way**
**Englewood, CO 80111-5234**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,581.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**
**Lampert, Darren**

**24 Orchard Dr**
**Armonk, NY 10504-1437**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,906.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**
**Lampert, Irwin**

**15775 Loch Maree Ln Apt 5002**
**Delray Beach, FL 33446-3231**

**Date(s) debt was incurred** **2019 - 2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,906.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Linehan, Robert P and Lori D**<br><br>**2631 E Arabian Dr**<br>**Gilbert, AZ 85296-8925**<br>**Date(s) debt was incurred** 2019 - 2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$33,953.00** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Lund, Kent J and Elizabeth A JTWROS**<br><br>**203 S Pontiac St**<br>**Denver, CO 80230-6954**<br>**Date(s) debt was incurred** 2019 - 2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,581.00** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Lyk Welby LLC**<br>**Attn Jeffrey Lum**<br>**80 N King St**<br>**Honolulu, HI 96817-5109**<br>**Date(s) debt was incurred** 2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$795,000.00** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Ma, Baolin & Mao, Cindy Xin**<br><br>**10 Burwick St**<br>**Sugar Land, TX 77479-2996**<br>**Date(s) debt was incurred** 2019 - 2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,335.00** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Mallorey, James D**<br><br>**6563 S Saulsbury Ct**<br>**Littleton, CO 80123-3614**<br>**Date(s) debt was incurred** 2019 - 2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,581.00** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**McConahey, Stephen G**<br><br>**1050 Green Oaks Dr**<br>**Greenwood Village, CO 80121-1325**<br>**Date(s) debt was incurred** 2019 - 2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$67,906.00** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**McMahon, Brian**<br><br>**PO Box 2431**<br>**Grand Island, NE 68802-2431**<br>**Date(s) debt was incurred** 2019 - 2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$67,906.00** |



Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number (if known)

Name

**3.54** **Nonpriority creditor's name and mailing address**
**Miller, Joshua R**

**1860 N Washington St Apt 202**
**Denver, CO 80203-5515**

**Date(s) debt was incurred** 2019 - 2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,906.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**
**Moreland, William D.**

**1655 E Layton Dr**
**Englewood, CO 80113-7000**

**Date(s) debt was incurred** 2019 - 2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$339,531.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**
**Morgan, David R.**

**PO Box 664**
**Liberty Lake, WA 99019-0664**

**Date(s) debt was incurred** 2019 - 2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$115,027.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** **Nonpriority creditor's name and mailing address**
**MWW Group**
**Attn Steve Pareja**
**PO Box 69076**
**Baltimore, MD 21264-9076**

**Date(s) debt was incurred** 2019 - 2021

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,763.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** **Nonpriority creditor's name and mailing address**
**Nesland, Brett**

**13835 N Tatum Blvd # 9-438**
**Phoenix, AZ 85032-5581**

**Date(s) debt was incurred** 2019 - 2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$235,805.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** **Nonpriority creditor's name and mailing address**
**Niagara Label**

**12715 Lewis Rd**
**Akron, NY 14001-9668**

**Date(s) debt was incurred** 2019 - 2021

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,611.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** **Nonpriority creditor's name and mailing address**
**Nieder, Robert M**

**8 Glenmoor Dr**
**Englewood, CO 80113-7115**

**Date(s) debt was incurred** 2019 - 2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,163.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---



Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Owens, Michael B**<br><br>**12853 S Robinson Ranch Dr**<br>**Parker, CO 80134-5976**<br>**Date(s) debt was incurred** 2019 - 2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$33,953.00** |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Palo, Angela M**<br><br>**14 Red Tail Dr**<br>**Littleton, CO 80126-5001**<br>**Date(s) debt was incurred** 2019 - 2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$33,953.00** |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Patel, Rajnikant N.**<br><br>**462 Camino Elevado**<br>**Bonita, CA 91902-2552**<br>**Date(s) debt was incurred** 2019 - 2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$33,953.00** |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Petersen, Shane and Katherine**<br><br>**4815 Caravelle Dr**<br>**Fort Collins, CO 80526-3855**<br>**Date(s) debt was incurred** 2019 - 2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,581.00** |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Peterson, Jerry W**<br><br>**58 Golden Eagle Rd**<br>**Littleton, CO 80121-2125**<br>**Date(s) debt was incurred** 2019 - 2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$16,977.00** |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Ploen, Jeff P and Rex H**<br><br>**6222 S Blackhawk Ct**<br>**Englewood, CO 80111-6072**<br>**Date(s) debt was incurred** 2019 - 2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,581.00** |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Pudelko, Kathy**<br><br>**8926 Coachman Ave**<br>**Whittier, CA 90605-2206**<br>**Date(s) debt was incurred** 2019 - 2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,581.00** |


Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number (if known) __________
Name

**3.68** **Nonpriority creditor's name and mailing address**
**Quilkey, Paul**

**6291 Camino de la Costa**
**La Jolla, CA 92037-6524**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,906.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** **Nonpriority creditor's name and mailing address**
**RDA Realty LLC**

**1947 E Marilyn Rd**
**Phoenix, AZ 85022-3943**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,953.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address**
**Real Trust IRA Alternatives LLC fbo Ron**

**312 E Trow Ave Ste 201**
**Chelan, WA 98816-9641**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$271,625.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** **Nonpriority creditor's name and mailing address**
**Robert & Cecilia Burrell Trust**

**2306 S Columbine St**
**Denver, CO 80210-5422**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,581.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** **Nonpriority creditor's name and mailing address**
**Rove Group LLC**

**17595 Harvard Ave # C552**
**Irvine, CA 92614-8516**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$57,514.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** **Nonpriority creditor's name and mailing address**
**Ryder**

**6000 Windward Pkwy**
**Alpharetta, GA 30005-4181**

**Date(s) debt was incurred** 2019 - 2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,218.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address**
**Sabetta, Richard R**

**423 10th Ave**
**Scranton, PA 18504-2873**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,581.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---



Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number (if known)
Name

**3.75** **Nonpriority creditor's name and mailing address**
**Safer CBD**

**4900 E Pacific Pl**
**Denver, CO 80222-4823**
**Date(s) debt was incurred** 2019 - 2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,510.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.76** **Nonpriority creditor's name and mailing address**
**Salaman, Michael**

**1220 Waterford Ct**
**Gladwyne, PA 19035-1010**
**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,906.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.77** **Nonpriority creditor's name and mailing address**
**Schmidt, Kennith W.**

**16489 E Berry Ave**
**Aurora, CO 80015-4051**
**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,953.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.78** **Nonpriority creditor's name and mailing address**
**Scott T & Sara J Hope Trust**

**3287 Greensborough Dr**
**Littleton, CO 80129-1547**
**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,977.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.79** **Nonpriority creditor's name and mailing address**
**Severance, H Leigh**

**14282 E Caley Ave**
**Aurora, CO 80016-1090**
**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$288,602.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.80** **Nonpriority creditor's name and mailing address**
**Shields, Kevin**

**609 Darlington Rd**
**Media, PA 19063-5605**
**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$135,813.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.81** **Nonpriority creditor's name and mailing address**
**Smith, Thomas H and Joy D**

**2442 E Glass Ln**
**Phoenix, AZ 85042-5950**
**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,953.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number (if known)

Name

**3.82** **Nonpriority creditor's name and mailing address**

**Stangle, Don**

**1911 SW Campus Dr # 285**
**Federal Way, WA 98023-6473**

**Date(s) debt was incurred** 2019 - 2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$407,438.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**3.83** **Nonpriority creditor's name and mailing address**

**Staples Terry Alva**

**6705 Dorado Pl**
**Englewood, CO 80111-1766**

**Date(s) debt was incurred** 2019 - 2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$61,116.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**3.84** **Nonpriority creditor's name and mailing address**

**TargetPath**

**9375 SW Commerce Cir # 7**
**Wilsonville, OR 97070-9694**

**Date(s) debt was incurred** 2019 - 2021

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$442,915.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**3.85** **Nonpriority creditor's name and mailing address**

**Tingle Merret**

**639 5th Ave S 1250**
**Calgary, AB T2P 0-M9**

**Date(s) debt was incurred** 2019 - 2021

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,264.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**3.86** **Nonpriority creditor's name and mailing address**

**Ultimate Investment Corp**

**1198 Finn Ave**
**Littleton, CO 80124-9503**

**Date(s) debt was incurred** 2019 - 2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$57,979.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**3.87** **Nonpriority creditor's name and mailing address**

**United States Plastic Corporation**

**1390 Neubrecht Rd**
**Lima, OH 45801-3120**

**Date(s) debt was incurred** 2019 - 2021

**Last 4 digits of account number** 1146

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,061.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**3.88** **Nonpriority creditor's name and mailing address**

**Van Maanen, Andrew**

**12270 N 6th St**
**Parker, CO 80134-9648**

**Date(s) debt was incurred** 2019 - 2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$40,744.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes



Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor **Global NV Corp** Case number (if known)
Name

**3.89** **Nonpriority creditor's name and mailing address**
**Van Wagner Family Partnership**

**9405 Kilmer Way**
**Arvada, CO 80007-7883**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,906.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** **Nonpriority creditor's name and mailing address**
**Weisenberger, Klaus**

**4849 Proctor Ave**
**Oakland, CA 94618-2542**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,581.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** **Nonpriority creditor's name and mailing address**
**Wolf, Thomas D.**

**5751 E Nassau Pl**
**Englewood, CO 80111-1021**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,977.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** **Nonpriority creditor's name and mailing address**
**Zappa, Robert J**

**11601 E Cortez Dr**
**Scottsdale, AZ 85259-2602**

**Date(s) debt was incurred** 2019 - 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,953.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alan E. Karsh, Esq**<br>**KARSH GABLER CALL PC**<br>**1546 Cole Blvd Bldg 5**<br>**Golden, CO 80401-3406** | Line 3.49<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Frederick L. Ginsberg, Esq.**<br>**PO Box 697**<br>**Parker, CO 80134-0697** | Line 3.49<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 5,924,825.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,924,825.00 |



Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Global NV Corp**

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |



Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Global NV Corp**

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |


Software Copyright (c) 2021 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Global NV Corp**

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................... $ **1,458,373.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................... $ **1,458,373.00**

**Part 2: Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **94,448.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... +$ **5,924,825.00**

4. **Total liabilities** ....................
   Lines 2 + 3a + 3b $ **6,019,273.00**



Software Copyright (c) 2021 CINGroup - www.cincompass.com